USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12/4/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

MANASHA S. THOMPSON,                        :
                                            :
                          Plaintiff,        :        **25-cv-09992 (ALC)**
                                            :
          -against-                         :        **ORDER GRANTING IN**
                                            :        **FORMA PAUPERIS**
COMMISSION OF SOCIAL SECURITY,              :        **APPLICATION**
                                            :
                          Defendants.       :
                                            :
--------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C.

§ 1915.

The Clerk of Court is instructed to issue a summons for the Defendants, complete the

USM-285 form with the address for Defendants, and deliver all documents necessary to effect

service to the U.S. Marshals Service. The Clerk of Court is further directed to: mail an

information package to Plaintiff. Plaintiff may consent to receive court documents electronically.

The consent to electronic service form and instructions on the email service are both available on

the Court's website at https://nysd.uscourts.gov/.

**SO ORDERED.**

**Dated**:      December 4, 2025
             New York, New York

_____
                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**