# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                     ltrust@osbornlawpc.com

February 25, 2026

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Thompson v. Commissioner of Social Security*
       Civil Action No. 1:25-cv-09992-VF

Dear Judge Figueredo,

  We write on behalf of plaintiff, Manasha S. Thompson, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on March 5, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time.  The Plaintiff requests this extension due to overlapping deadlines for briefs and numerous briefs due in the next several weeks.

  The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **June 3, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 3, 2026**; and

- Plaintiff to file his reply, if any, on or before:  **August 17, 2026.**

43 West 43rd Street, Suite 131  Telephone 212-725-9800  osbornlawpc.com
New York, New York 10036  Facsimile  212-500-5115  info@osbornlawpc.com

Honorable Valerie Figueredo
February 25, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com


cc: Fergus John Kaiser, Esq. (by ECF)

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2026

The proposed briefing schedule is ADOPTED.
The Clerk of Court is respectfully directed to
terminate the motion at ECF No. 11.